IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PATRICIA SEAVEY, | Civil No. 3:24-cv-05945-BAT |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Pursuant to the parties' stipulated motion, the Court hereby ORDERS that this matter is remanded to the Commissioner under 42 U.S.C. § 405(g) (fourth sentence), for further administrative proceedings. On remand, the Commissioner will offer the claimant the opportunity for a hearing; further develop the record as needed; further evaluate the opinion evidence and prior administrative medical findings; reconsider the claimant's residual functional capacity; give further consideration to whether the claimant has past relevant work and, if so, can perform it; and issue a new decision.

After judgment, Plaintiff may be entitled to reasonable attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

Page 1     ORDER
            3:24-CV-05945-BAT

DATED this 14th day of March, 2025.

_BT_
BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Sarah Moum
Sarah Moum
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (206) 615-2936
Email: sarah.moum@ssa.gov

Page 2    ORDER
         3:24-CV-05945-BAT